# IN THE UNITED STATES CIRCUIT COURT
# FOR THE FOURTH CIRCUIT

FRANK MARFO                      :
                                 :
    Appellant                    :
                                 :
v.                               :    Appeal No. 12-4910
                                 :
UNITED STATES OF AMERICA         :
                                 :
    Appellee                     :

## *CONSENT*
## MOTION TO EXTEND TIME TO FILE BRIEFS

Appellant, through undersigned counsel, with the consent of the Appellee, hereby requests the Court to modify, and thereby extend, the briefing schedule. In support, the Appellant states:

1. The Appellant's Opening Brief is due April 19, 2013, which is 35 days from the Briefing Order per Local Rule 31(a).

2. Appellant's Counsel needs additional time; he was not trial counsel. Therefore, he has no independent memory to facilitate work on this case.

3. This Appellant was sentenced to life imprisonment.

4. Trial consumed nine days and comprises approximately 2,500 pages of transcripts, not including days of pre-trial and post-trial motions.

5.  Appellant's Counsel has a heavy trial calendar because he was unavailable for personal reasons during much of the latter part of 2012.  In particular, Appellant's Counsel was in a week-long jury trial from February 11-15, 2013 (*State v. Stallings*, Circuit Court for P.G. Co., no. CT12-1089X) and he has several short jury trials that are likely to go forward and two trials that are scheduled to take 8-10 days each:

On April 29, 2013 (*U.S. v. Payne*, Superior Court for D.C., no. 2012 CF1 011127) (a First Degree Murder trial that has already been postponed several times), and

On June 24, 2013 (*State v. Thompson*, Circuit Court for Charles County, no. K-12-843) (an attempted murder trial that has been specially set).

6.  No extension has been previously requested.

7.  The Appellant contends that, due to the size of the record (nine full days of trial) and the other commitments of Appellant's Counsel, extraordinary circumstances exist under Local Rule 31(c) to cause the court to grant an extension to June 30, 2013, for the filing of Appellant's opening brief.

8.  Such extra time will not unduly delay this appeal because the current briefing schedule would not enable the

-2-

Court to hear this case (if it chose to do so) before its last day of arguments in the current term (May 17, 2013).

9.  In accordance with Local Rule 27(a), undersigned counsel contacted Jack Purcell, A.U.S.A., counsel for the Appellee, who consented to the extension sought herein.

**WHEREFORE**, Appellant prays that the Court will grant an extension and thereby require the Appellant's Brief to be filed by June 28, 2013.  Such an extension would modify the Briefing Order as follows:

Appellant's Opening Brief would be due June 28, 2010;

Appellee's Response Brief would be due July 19, 2013; and

Appellant would be permitted 10 days from service of the Response Brief to file a Reply Brief.

Respectfully submitted,

_____/S/_____
Kenneth E. McPherson
*Attorney for Appellant*
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland  20737
(301) 277-4727
kemcpherson@verizon.net

## CERTIFICATE OF SERVICE

This certifies that on 20th day of March, 2013, a copy of the foregoing was served electronically through the CM/ECF system of the U.S. Court of Appeals for the Fourth Circuit to all counsel of record, and that a paper copy was mailed, postage prepaid for first-class delivery to:

Jack F. Purcell, Jr., A.U.S.A. (*Attorney for Appellee*)
**Office of the United States Attorney**
36 S. Charles Street
Fourth Floor
Baltimore, MD 21201

*/S/*
Kenneth E. McPherson

## IN THE UNITED STATES CIRCUIT COURT
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| FRANK MARFO | : | |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | Appeal No. 12-4910 |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Appellee | : | |

### ORDER GRANTING EXTENSION
### OF TIME TO FILE BRIEFS

UPON CONSIDERATION of the Consent Motion for Extension of Time to File Brief, filed by the Appellant, for good cause shown, it is this _____ day of _____, 2013, by the United States Court of Appeals for the Fourth Circuit,

**ORDERED**, that said Motion is hereby GRANTED; the Briefing Order is modified, as follows:

Appellant's Opening Brief shall be on June 28, 2013;

Appellee's Response Brief shall be due July 19, 2013; and

-5-

Appellant is permitted 10 days from service of the Response Brief to file a Reply Brief.

```
                              _____
                              J U D G E
```

cc:

    Kenneth E. McPherson, Esquire (*Attorney for Appellant*)
    6801 Kenilworth Avenue
    Suite 202
    Riverdale, Maryland 20737

    Jack F. Purcell, Jr., A.U.S.A. (*Attorney for Appellee*)
    Office of the United States Attorney
    36 S. Charles Street
    Fourth Floor
    Baltimore, MD 21201