FILED: March 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4910
(1:11-cr-00657-MJG-3)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

FRANK MARFO

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 05/16/2013

Opening brief due: 05/16/2013

Response brief due: 06/10/2013

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk