FILED:  June 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4910
(1:11-cr-00657-MJG-3)

_____

UNITED STATES OF AMERICA

             Plaintiff - Appellee

v.

FRANK MARFO

             Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule and denies as moot in

light of FRAP 32(a)(7)(B)(i) the request to exceed the length limitations.  Any

further request for an extension of time in which to file the opening brief and joint

appendix shall be disfavored. The briefing schedule is extended as follows:

     Appendix due: 06/17/2013

     Opening brief due: 06/17/2013

      Response brief due: 07/26/2013

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>