FILED: June 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4910

(1:11-cr-00657-MJG-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

FRANK MARFO

       Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 715 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk