FILED: June 25, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4910
(1:11-cr-00657-MJG-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

FRANK MARFO

       Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to exceed the length limitations for briefs, the court grants leave to file a brief not in excess of 19,555 words.

For the Court

/s/ Patricia S. Connor, Clerk